IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH RASBY and DOUGLAS RASBY, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. PILLEN, and individual,<br><br>Defendant. | Civil Action No. 8:15-cv-226<br><br>**INDEX OF EVIDENCE IN OPPOSITION TO PLAINTIFF'S MOTION TO QUASH** |

Defendant, James D. Pillen, by his attorneys, Rembolt Ludtke LLP, respectfully submits the following Index of Evidence in Opposition to Plaintiff's Motion to Quash.

**Exhibit No.**     **Description**

   1         Affidavit of Mark A. Fahleson

DATED: January 28, 2016

                    JAMES D. PILLEN, Defendant.

             By:    REMBOLT LUDTKE LLP
                    3 Landmark Centre
                    1128 Lincoln Mall, Ste. 300
                    Lincoln, NE 68508
                    (402) 475-5100

             By:    /s/ Mark A. Fahleson
                    Tim Engler (#15094)
                    tengler@remboltlawfirm.com
                    Mark A. Fahleson (#19807)
                    mfahleson@remboltlawfirm.com
                    Sheila A. Bentzen (#25020)
                    sbentzen@remboltlawfirm.com

1

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 28, 2016. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                      /s/ Mark A. Fahleson
                                      Mark A. Fahleson (19807)

4839-9249-4381, v. 1