# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH RASBY and DOUGLAS RASBY, husband and wife,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES D. PILLEN, an individual,<br><br>　　　　　Defendant. | Case No. 8:15-cv-226<br><br>**INDEX OF EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

Defendant James D. Pillen, by his attorneys Rembolt Ludtke LLP, respectfully submits the following Index of Evidence in Support of Defendant's Motion for Protective Order.

| **Exhibit No.** | **Description** |
|---|---|
| 1 | Affidavit of Sheila A. Bentzen |

DATED: February 29, 2016

　　　　　　　　　　　　　　　　　JAMES D. PILLEN, Defendant.

　　　　　　　　　　　By:　REMBOLT LUDTKE LLP
　　　　　　　　　　　　　　3 Landmark Centre
　　　　　　　　　　　　　　1128 Lincoln Mall, Ste. 300
　　　　　　　　　　　　　　Lincoln, NE 68508
　　　　　　　　　　　　　　(402) 475-5100

　　　　　　　　　　　By:　/s/ Mark A. Fahleson
　　　　　　　　　　　　　　Tim E. Engler (#15094)
　　　　　　　　　　　　　　Mark A. Fahleson (#19807)
　　　　　　　　　　　　　　mfahleson@remboltlawfirm.com
　　　　　　　　　　　　　　Sheila A. Bentzen (#25020)
　　　　　　　　　　　　　　sbentzen@remboltlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 29, 2016. Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Mark A. Fahleson
Mark A. Fahleson (19807)

4842-7221-8158, v. 1