## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBORAH RASBY and DOUGLAS RASBY, husband and wife,** ) ) ) | CASE NO: 8:15-cv-226 |
| Plaintiff, ) ) | |
| vs. ) ) | INDEX OF EVIDENCE |
| **JAMES D. PILLEN, an individual,** ) ) | |
| Defendant. ) | |

COMES NOW the Plaintiff, and submits the following Index of Evidence in Support of Plaintiff's Opposition to Defendant's Motion for Protective Order.

1.  Affidavit of Diana J. Vogt w/Exhibit A.

Dated this 1st day of March, 2016.

                                  DEBORAH RASBY and DOUGLAS RASBY
                                  Plaintiffs,

By:    */s/ Diana J. Vogt*
           James D. Sherrets, NE #15756
           Diana J. Vogt, NE #19387
           Robert S. Sherrets, NE#24791
           SHERRETS BRUNO & VOGT LLC
           260 Regency Parkway Drive
           Suite 200
           Omaha, NE 68114
           Tele: (402)390-1112
           Fax: (402)390-1163
           law@sherrets.com
           ATTORNEY FOR THE PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of March, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy of the document on each party registered with the system and I am not aware of any party who does not have a representative registered with the system.

                                            /s/ Robert S. Sherrets