IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBORAH RASBY and DOUGLAS RASBY, husband and wife, | ) ) ) | Civil Action No. 8:15-cv-226 |
| Plaintiff, | ) ) ) | **INDEX OF EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| v. | ) ) | |
| JAMES D. PILLEN, and individual, | ) ) | |
| Defendant. | ) | |

Defendant, James D. Pillen, by his attorneys, Rembolt Ludtke LLP, respectfully submits the following Index of Evidence in Support of Defendant's Motion to Compel Production of Documents.

**Exhibit No.**     **Description**

1          Affidavit of Timothy R. Engler

DATED: June 24, 2016

                                   JAMES D. PILLEN, Defendant.

                                   By:   REMBOLT LUDTKE LLP
                                                  3 Landmark Centre
                                                  1128 Lincoln Mall, Ste. 300
                                                  Lincoln, NE 68508
                                                  (402) 475-5100

                                   By:   /s/ Timothy R. Engler
                                                  Timothy R. Engler (#15940)
                                                  Mark A. Fahleson (#19807)
                                                  mfahleson@remboltlawfirm.com
                                                  Sheila A. Bentzen (#25020)
                                                  sbentzen@remboltlawfirm.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 24, 2016. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                            /s/ Timothy R. Engler
                                            Timothy R. Engler (#15940)

4839-3170-8723, v. 1