THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH RASBY and DOUGLAS RASBY, husband and wife, ) ) ) | CASE NO: 8:15-cv-226 |
| Plaintiff, ) ) | |
| vs. ) ) | INDEX OF EVIDENCE IN SUPPORT OF OPPOTION TO MOTION TO COMPEL |
| JAMES D. PILLEN, an individual, ) ) | |
| Defendant. ) | |

COMES NOW the Plaintiff, and submits the following Index of Evidence in Support of Plaintiff's Opposition to Defendant's Motion for Protective Order.

1. Affidavit of Diana J. Vogt

Dated this 8th day of July, 2016.

                                      DEBORAH RASBY and DOUGLAS RASBY
                                      Plaintiffs,

By:    /s/ Diana J. Vogt
            James D. Sherrets, NE #15756
            Diana J. Vogt, NE #19387
            Robert S. Sherrets, NE#24791
            SHERRETS BRUNO & VOGT LLC
            260 Regency Parkway Drive
            Suite 200
            Omaha, NE 68114
            Tele: (402)390-1112
            Fax: (402)390-1163
            law@sherrets.com
            ATTORNEY FOR THE PLAINTIFF

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of July, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy of the document on each party registered with the system and I am not aware of any party who does not have a representative registered with the system.

                                              */s/ Diana J. Vogt*
                                              Diana J. Vogt