IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBORAH RASBY and DOUGLAS RASBY, husband and wife, | ) ) ) | Civil Action No. 8:15-cv-226 |
| Plaintiff, | ) ) ) | **INDEX OF EVIDENCE IN SUPPORT OF DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| v. | ) ) | |
| JAMES D. PILLEN, and individual, | ) ) | |
| Defendant. | ) | |

Defendant, James D. Pillen, by his attorneys, Rembolt Ludtke LLP, respectfully submits the following Index of Evidence in Support of Defendant's Reply Brief in Support of Motion to Compel Production of Documents.

**Exhibit No.**         **Description**

    1                Affidavit of Timothy R. Engler

DATED: July 15, 2016

                                    JAMES D. PILLEN, Defendant.

                              By:   REMBOLT LUDTKE LLP
                                        3 Landmark Centre
                                        1128 Lincoln Mall, Ste. 300
                                        Lincoln, NE 68508
                                        (402) 475-5100

                              By:   /s/ Timothy R. Engler
                                        Timothy R. Engler (#15940)
                                        Mark A. Fahleson (#19807)
                                        mfahleson@remboltlawfirm.com
                                        Sheila A. Bentzen (#25020)
                                        sbentzen@remboltlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 15, 2016. Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Timothy R. Engler
Timothy R. Engler (#15940)

4825-4052-6645, v. 1