THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH RASBY and DOUGLAS RASBY, husband and wife,<br><br>　　　Plaintiff,<br><br>vs.<br><br>JAMES D. PILLEN, an individual,<br><br>　　　Defendant. | CASE NO: 8:15-cv-226<br><br><br><br>INDEX OF EVIDENCE<br>IN SUPPORT OF OPPOTION<br>TO MOTION TO COMPEL |

　　　COMES NOW the Plaintiff, and submits the following Index of Evidence in Support of Plaintiff's Opposition to Defendant's Motion for Protective Order.

　　　Offered Evidence:

　　　1.　　Declaration of Diana J. Vogt and Exhibits

　　　　　　Exhibit A　　March 22, 2016 letter from Vogt to Engler

　　　　　　Exhibit B　　Defendant's Answer to Plaintiffs' Second Interrogatories

　　　　　　Exhibit C　　Report of Robert Aucone

　　　　　　Exhibit D　　List of Documents Requested by Plaintiffs' Expert

　　　　　　Exhibit E　　July 13, 2016 letter from Vogt to Engler

　　　　　　Exhibit F　　July 15, 2016 letter from Engler to Vogt

　　　Dated this 1st day of September, 2016.

　　　　　　　　　　　　　　　　　　DEBORAH RASBY and DOUGLAS RASBY
　　　　　　　　　　　　　　　　　　Plaintiffs,

　　　　　　　　　　　　　　By:　　 /s/ Diana J. Vogt
　　　　　　　　　　　　　　　　　　James D. Sherrets, NE #15756
　　　　　　　　　　　　　　　　　　Diana J. Vogt, NE #19387
　　　　　　　　　　　　　　　　　　Robert S. Sherrets, NE#24791
　　　　　　　　　　　　　　　　　　SHERRETS BRUNO & VOGT LLC
　　　　　　　　　　　　　　　　　　260 Regency Parkway Drive ,Suite 200
　　　　　　　　　　　　　　　　　　Omaha, NE  68114

        Tele:  (402)390-1112
        Fax:   (402)390-1163
        law@sherrets.com
        ATTORNEY FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy of the document on each party registered with the system and I am not aware of any party who does not have a representative registered with the system.

        */s/ Diana J. Vogt*
        Diana J. Vogt