1. Company Name

2. Total shares, partnership units or LLC units outstanding at 12/31/11.

3. Company's industry, including SIC/NAICS codes, if known.

4. Company's website address.

5. List of company owners and their ownership percentages at 12/31/11.

6. List of company officers and key employees at 12/31/11, their roles, compensation, perquisites and their importance to the company (i.e., if a key employee left the company, would it have a significant effect on the company?). If the officer or key employee's compensation is not at market rates, provide an estimate of the compensation necessary to replace that individual if they left the company.

7. Company description, and history since inception:

    a. Legal name of the business and any changes since inception.

    b. Date the company was created. Please include a copy of articles of incorporation/organization and bylaws.

    c. Legal type of business (i.e., corporation, partnership, LLC, LLP, sole proprietorship, etc.) and type of business for federal income tax purposes (i.e., corporation, S-corporation, partnership, trust).

    d. Description of the company's business operations, including products, services, etc. since inception.

    e. Describe any transactions in the company's stock within the last 9 years, if any. Please include the purchase/sale documents related thereto.

EXHIBIT E

    f.   Copies of any appraisal reports of the company that were performed in the last 9 years.

8. Company Facilities:

    a. List and describe the address of each company location.

    b. If these facilities are not owned by the company, please provide a copy of the lease. Please identify if the lessor is a related party and/or whether the rent is or is not at fair rental value.

    c. Does the company have any environmental assessments or potential problems?

    d. Describe any planned or actual additions or subtractions to the company's facilities for the years 2012 – 2016 and for the next five years.

9. Copies of any financial projections and/or strategic plans for the next five years.

10. Labor:

    a. Count of company employees, by department and role (i.e., sales, engineering, manufacturing, clerical, etc.) at the end of 12/31/11.

    b. Describe efforts to unionize employees and level of unionization within the company's industry during the 5 years ended 11/31/11.

    c. Describe the company's turnover rate and how that compares to the company's industry in the years 2007 – 2012.

    d. Describe employee fringe benefits in place at 12/31/11.

EXHIBIT E

    e. Copies of Forms W-2 issued to owners and officers of the company for the years 2007-20012.

11. Describe the difficulty or ease with which a competitor could enter the company's market.

12. Is the company subject to any governmental or regulatory agency? If so, is the company in compliance with these laws, regulations or agencies?

13. Financial Information:

    a. Copies of the company's financial statements for the years 2007 – 2012 prepared by outside accountants.

    b. If financial statements are not prepared by outside accountants, copies of the company's financial statements for the years 2007 – 2012 prepared by the company.

    c. List any significant unusual, nonrecurring or nonoperating transactions (either revenue or expense) within the years 2007 – 2012.

    d. Discuss your impression of the company's financial results over the years 2007 - 2012.

    e. Your expectations of the company's long-term sustainable growth rate.

    f. Projection or budgets of the company's income and cash flow for any future years prepared at or around the end of 2011, and significant assumptions employed in development of those projections.

    g. Copies of company depreciation reports for book and income tax purposes for years 2007 -2012.

EXHIBIT E

14. Assets and liabilities:

   a. List and describe major equipment used by the company and major equipment additions within the years 2007 -2012.

   b. Please provide a schedule of the fair market value of the company's assets as of the 12/31/11.

   c. Copies of lease agreements for significant company assets during the years 2007 -2012.

   d. If the company has assets that are not essential to its operations (examples: marketable securities, certificates of deposit, cash surrender value of life insurance, personal use assets, etc.), please provide the fair market value of these assets and any income derived from, or expenses incurred on account of these assets.

   e. Inventory listing and whether or not there are obsolete or impaired items, at 12/31/11.

   f. Describe your expectation of the company's capital asset needs for years 2012 – 2016.

   g. Describe and provide the fair market value of any intangible assets, such as copyrights, patents, or trademarks as reported on the company's balance sheets at 12/31/11.

   h. Listing of the company's accounts receivable and what portion, if any, of these receivables which you expect to be ultimately uncollectible at 12/31/11.

   i. List any liabilities that are not listed on the company's financial statements at 12/31/11.

   j. Describe any potential liabilities which may exist as of 12/31/11.

15. Revenues:

   a. List the company's major products/services and their share of revenue for the years 2007 - 2012.

EXHIBIT E

    b. Describe the company's geographic market area during the years 2007 -2012.

    c. List the company's top five customers and the percent of total sales these customers represent over the years 2007 -2012.

    d. Describe whether the company's revenue primarily comes from repeat business or from new customers during the years 2007- 2012.

    e. Describe any cyclicality with the business' operations.

    f. List the company's major suppliers and describe the company's dependence on these suppliers during the years 2007 -2012.

    g. List the company's top 5 competitors and their relative market shares during the years 2007- 2012.

16. List the company's strengths as compared to its competitors as of 12/31/11.

17. List the company's weaknesses as compared to its competitors as of 12/31/11.

18. List the company's opportunities within the next five years.

19. List the company's threats within the next five years.

20. Subsequent Events - Explanation of any major events which occurred after 12/31/11 and whether these events were known or knowable as of that date.

21. Summarize a list of transactions, whether Revenue or Expense, with related companies, a brief explanation for such transactions, and whether such amounts are at reasonable market amounts. If not at reasonable market amounts, please explain and provide the market amounts.

EXHIBIT E