# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBORAH RASBY and DOUGLAS RASBY, husband and wife, | ) ) ) | Civil Action No. 8:15-cv-226 |
| Plaintiff, | ) ) ) | **INDEX OF EVIDENCE IN OPPOSITION OF PLAINTIFF'S MOTION TO COMPEL** |
| v. | ) ) | |
| JAMES D. PILLEN, an individual, | ) ) | |
| Defendant. | ) | |

Defendant Inc., by its attorneys Rembolt Ludtke LLP, respectfully submits the following Index of Evidence in Opposition of Plaintiff's Motion to Compel.

**Exhibit No.**     **Description**

    1        Affidavit of Timothy R. Engler

    2        Affidavit of James D. Pillen

    3        Plaintiff's Initial Disclosures

DATED: September 19, 2016

                                                  JAMES D. PILLEN, Defendant

                              By:    REMBOLT LUDTKE LLP
                                                3 Landmark Centre
                                                1128 Lincoln Mall, Suite 300
                                                Lincoln, NE 68508
                                                (402) 475-5100

                                            By:    /s/Sheila A. Bentzen
                                                Tim Engler (#15940)
                                                Mark A. Fahleson (#19807)
                                                Sheila A. Bentzen (#25020)

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 19, 2016. Any other counsel of record will be served by facsimile transmission and/or first class mail.

      /s/ Sheila A. Bentzen
      Sheila A. Bentzen

4836-7457-9257, v. 1