IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH RASBY,<br><br>          Plaintiff,<br><br>vs.<br><br>JAMES D. PILLEN,<br><br>          Defendant. | 8:15CV226<br><br>AMENDED<br>MEDIATION REFERENCE ORDER |

This matter comes before the court on the parties' Joint Stipulation Regarding Mediator (Filing No. 94). Upon consideration and in accordance with the Mediation Plan for the United States District Court - District of Nebraska (Plan), as amended April 30, 2010, regarding court-annexed mediation:

**IT IS ORDERED:**

The parties' Joint Stipulation Regarding Mediator (Filing No. 94) is adopted.

**IT IS ORDERED:**

    1.    Except as may be otherwise agreed by the parties and counsel, this case is stayed for a period of 60 days from the date of this order, to permit the parties to utilize the private mediation services of:

          John C. Brownrigg, Esq.
          Mediation & Arbitration Services
          673 N. 59th Street
          Omaha, NE 68132
          (402) 614-0467

    2.    During the period of the stay, unless otherwise agreed, compliance with deadlines established by the progression order, responses to discovery, pending motions, and other proceedings shall not be required. In the event the parties agree to proceed without a stay, a statement to that effect shall forthwith be submitted to the undersigned by plaintiff's counsel.

    3.    **On or before January 6, 2017**, the plaintiff's counsel shall file a report on the status of the mediation and whether the case has been settled. Failure to so notify

the court of the completion of the mediation, with or without settlement, may result in the dismissal of this case without further notice pursuant to Fed. R. Civ. P. 41(b). Information about the substance of the parties' settlement agreement, if any, shall not be provided without their consent.

4. Each party is required to designate one or more persons with full authority to settle the disputes between the parties, and such persons shall attend the mediation in person.

5. The Clerk shall bring this file to the attention of the undersigned after sixty (60) days or when notified that the mediation has been completed, whichever first occurs.

6. The Clerk is directed to provide a copy of this order to all counsel of record and unrepresented parties, and to the mediator identified above, enclosing with the latter the appropriate documents related to the administration of the Mediation Plan.

Dated this 28th day of November, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge