## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH RASBY and DOUGLAS RASBY, husband and wife, | Civil Action No. 8:15-cv-226 |
| Plaintiff, | |
| v. | **INDEX OF EVIDENCE IN OPPOSITION OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES FOR MOTION TO COMPEL** |
| JAMES D. PILLEN, an individual, | |
| Defendant. | |

Defendant James D. Pillen, by and through his attorneys, Rembolt Ludtke LLP, respectfully submits the following Index of Evidence in Opposition of Plaintiff's Motion for Attorney's Fees for Motion to Compel.

| **Exhibit No.** | **Description** |
|---|---|
| 1 | Affidavit of Timothy R. Engler in Support of Defendant's Motion to Compel (without attachments). |
| 2 | Affidavit of Timothy R. Engler in Opposition to Plaintiff's Motion to Compel (without attachments). |

DATED: April 24, 2017

                                                JAMES D. PILLEN, Defendant

                                      By:    REMBOLT LUDTKE LLP
                                                    3 Landmark Centre
                                                    1128 Lincoln Mall, Suite 300
                                                    Lincoln, NE 68508
                                                    (402) 475-5100

                                              By:    /s/ Timothy R. Engler
                                                    Timothy R. Engler (#15940)
                                                    tengler@remboltlawfirm.com
                                                    Mark A. Fahleson (#19807)
                                                    mfahleson@remboltlawfirm.com
                                                    Sheila A. Bentzen (#25020)
                                                    sbentzen@remboltlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 24, 2017. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                                  /s/ Timothy R. Engler
                                                  Timothy R. Engler

31305.004/4821-5335-0983, v. 1