## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBORAH RASBY and DOUGLAS RASBY, husband and wife, | ) ) | Civil Action No. 8:15-cv-226 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **INDEX OF EVIDENCE IN SUPPORT** |
| v. | ) | **OF DEFENDANT'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT ON** |
| JAMES D. PILLEN, an individual, | ) | **PLAINTIFF'S CLAIMS** |
| | ) | |
| Defendant. | ) | |

Defendant James D. Pillen, by his attorneys Rembolt Ludtke LLP, respectfully submits the following Index of Evidence in Support of Defendant's Motion for Summary Judgment on Plaintiff's Claims.

| **Exhibit No.** | **Description** |
|---|---|
| 1 | Affidavit of James D. Pillen |
| 2 | Selected portions of the deposition of Roger Wells with exhibits |
| 3 | Selected portions of the deposition of Deborah Rasby |
| 4 | Selected portions of the deposition of Douglas Rasby |

DATED:  July 28, 2017

JAMES D. PILLEN, Defendant

By:   REMBOLT LUDTKE LLP
      3 Landmark Centre
      1128 Lincoln Mall, Suite 300
      Lincoln, NE 68508
      (402) 475-5100


By:   /s/Tim Engler
      Tim Engler (#15940)
      Mark A. Fahleson (#19807)
      Sheila A. Bentzen (#25020)

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 28, 2017. Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Tim Engler
Tim Engler

4836-7457-9257, v. 1
4838-6567-7132, v. 1