IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EXHIBIT 1

| | |
|---|---|
| DEBORAH RASBY and DOUGLAS RASBY, husband and wife, | Civil Action No. 8:15-cv-226 |
| Plaintiff, | |
| v. | AFFIDAVIT OF JAMES D. PILLEN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS |
| JAMES D. PILLEN, an individual, | |
| Defendant. | |

STATE OF NEBRASKA )
            )ss.
COUNTY OF PLATTE )

I, James D. Pillen, being first duly sworn under oath, state and affirm as follows:

1. I am over the age of 18 and have personal knowledge of the facts contained in this affidavit.

2. This Affidavit is submitted in connection with the introduction of evidence in support of Defendant's Motion for Summary Judgment on Plaintiff's Claims.

3. I am the Defendant in the above-captioned action and the former majority shareholder of Progressive Swine Technologies ("PST"). Plaintiff Deborah Rasby ("Rasby") is a former employee and minority shareholder of PST.

4. PST's sole purpose was to serve as a swine management business for hog businesses with inactive investors. PST's profits consisted of the management fees it received from entities to whom it provided management. PST did not own or operate any farms.

5. Set forth below is a table of the various entities PST managed, including descriptions of the date PST began managing those entities and their ownership structure:

1

| Entity | Date Became PST Customer | Ownership Structure |
|---|---|---|
| Furnas County Farms | 1993 | Pillen 3.33%, Dave Amundsen, Chuck Sand Tim Cumberland, Ray Lamb, and Ron Houser 97% |
| PC West | 1994 | Pillen 50%, Mike Wilke 50%. |
| Bartlett Foods | 1995 | 100% Ken Morrison. Pillen acquired July 1, 2012. |
| Inland Foods | 1996 | Morrison Enterprises 73%, Pillen 27% |
| Northern Plains | 1997 | Pillen 50%, Rasby 10%, Dan O'Connor 20% |
| GGP | 1997 | Pillen 33.3%, Brett Gottsch 33.3%, Robert Gottsch 33.3%. |
| Northern Nance | 1998 | Pillen 70%, Rasby 10%, Dan O'Connor 20% |
| PST Gene Center | 1998 | Pillen 80%, Rasby 10%, Les Griess 10% |
| PST Milling | 2001 | Pillen 70%, Rasby 10%, Brett Bonwell 20% |
| Double D | 2002 | Pillen 65%, Clete Pillen 10%, Tom Pillen 10%, Rasby 5%, |

|  |  | Brett Bonwell 5% |
| --- | --- | --- |
| Danbred | 2003 | Pillen 33.3%, Robert Gottsch 16.7%, Brett Gottsch 16.7%, Ken Morrison 33.3% |
| O'Neill Finishers | 2003 | Pillen 50%, Les Griess 50% |
| JDP | 2004 | Pillen 100% |
| Imperial Foods | 2008 | Pillen 100% |

DATED: July 27, 2016

_____
James D. Pillen

SUBSCRIBED AND SWORN to before me, a Notary Public, on this 27 day of July, 2017, by James D. Pillen.

_____
Notary Public

GENERAL NOTARY - State of Nebraska
BRENDA A. JAZWICK
My Comm. Exp. October 13, 2017

4812-2833-7720, v. 1

3