IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBORAH RASBY and DOUGLAS RASBY, husband and wife, | ) ) ) | Civil Action No. 8:15-cv-226 |
| Plaintiff, | ) ) ) | **INDEX OF EVIDENCE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |
| v. | ) ) | |
| JAMES D. PILLEN, an individual, | ) ) | |
| Defendant. | ) | |

Defendant James D. Pillen, by his attorneys Rembolt Ludtke LLP, respectfully submits the following Index of Evidence in Opposition to Plaintiff's Motion to Compel.

| **Exhibit No.** | **Description** |
|---|---|
| 1 | Affidavit of Sheila A. Bentzen |
| 2 | Defendant's Responses to Plaintiff's Requests for Production (Fourth Set) |

DATED: September 13, 2017

                                              JAMES D. PILLEN, Defendant

                            By:   REMBOLT LUDTKE LLP
                                        3 Landmark Centre
                                        1128 Lincoln Mall, Suite 300
                                        Lincoln, NE 68508
                                        (402) 475-5100

                            By:   /s/Sheila A. Bentzen
                                        Tim Engler (#15940)
                                        Mark A. Fahleson (#19807)
                                        Sheila A. Bentzen (#25020)

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 13, 2017. Any other counsel of record will be served by facsimile transmission and/or first class mail.

      /s/ Sheila A. Bentzen
      Sheila A. Bentzen

4832-5856-6223, v. 1