EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH RASBY and DOUGLAS RASBY, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. PILLEN, an individual,<br><br>Defendant. | Civil Action No. 8:15-cv-226<br><br>AFFIDAVIT OF SHEILA A. BENTZEN IN OPPOSITION OF PLAINTIFF'S MOTION TO COMPEL |

STATE OF NEBRASKA )
                          )ss.
COUNTY OF LANCASTER )

I, Sheila A. Bentzen, being first duly sworn under oath, state and affirm as follows:

1. My name is Sheila A. Bentzen, and I am an attorney in the law firm of Rembolt Ludtke LLP, 3 Landmark Centre, 1128 Lincoln Mall, Suite 300, Lincoln, NE 68508.

2. I am over the age of 18 and have personal knowledge of the facts contained in this affidavit.

3. Rembolt Ludtke represents Defendant, James D. Pillen, in the above-captioned case.

4. This Affidavit is submitted in connection with the introduction of evidence in opposition of Plaintiff's Motion to Compel (Doc. 160).

5. Prior to filing the Motion to Compel, Plaintiff's counsel did not confer and made no attempt to confer with Defendants' counsel regarding the Motion to Compel.

6. Filed herewith is an Index of Evidence in Opposition to Plaintiff's Motion to Compel containing true and correct copies of the following documents:

| Exhibit No. | Description |
| --- | --- |
| 1 | Affidavit of Sheila A. Bentzen |
| 2 | Defendant's Responses to Plaintiff's Requests for Production (Fourth Set) |

DATED: September 12, 2017

_____
Sheila A. Bentzen (#25020)

SUBSCRIBED AND SWORN to before me, a Notary Public, on this 12 day of September, 2017, by Sheila A. Bentzen

GENERAL NOTARY - State of Nebraska
BARB LEVOS
My Comm. Exp. July 30, 2018

_____
Notary Public

4814-4657-2600, v. 1

GENERAL NOTARY - State of Nebraska
BARB LEVOS
My Comm. Exp. July 30, 2010