## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEBORAH RASBY and DOUGLAS RASBY, husband and wife,** | ) | **CASE NO: 8:15-cv-226** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **INDEX OF EVIDENCE** |
| | ) | |
| **JAMES D. PILLEN, an individual,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Plaintiff Deborah Rasby, by their attorneys Sherrets Bruno & Vogt, LLC, respectfully

submits the following Index of Evidence in Support of Plaintiff's Motion to Enlargement of

Time to File Plaintiffs Supplemental Rule 26(a)(2) Expert Report.

| Exhibit No. | Description |
|---|---|
| A | Declaration of Diana J Vogt. |

DATED this 20th day of September, 2017.

DEBORAH RASBY and DOUGLAS RASBY
Plaintiffs,

By:      _/s/  Diana J. Vogt_
James D. Sherrets, NE #15756
Diana J. Vogt, NE #19387
Robert S. Sherrets, NE#24791
SHERRETS BRUNO & VOGT LLC
260 Regency Parkway Drive, Suite 200
Omaha, NE  68114
Tele:  (402)390-1112
Fax:  (402)390-1163
law@sherrets.com

ATTORNEYS FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September I electronically filed the foregoing with the Clerk of Court using the CM/ECF system of the United States Federal Courts which will provide a true and correct copy of the filed document to each party registered for electronic service.  I certify that I am not aware of any parties who are not registered with the CM/ECF system.

*/s/ Diana J. Vogt*
Diana J. Vogt