THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBORAH RASBY and DOUGLAS RASBY, husband and wife,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**JAMES D. PILLEN, an individual,** )<br>)<br>Defendant. ) | CASE NO: 8:15-cv-226<br><br>**DECLARATION OF DIANA J VOGT IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME** |

Diana J. Vogt, hereby states and declares as follows:

1. I am an individual over the age of 21 years and suffer from no disability which would preclude my testifying truthfully to all matters set forth herein.

2. I am one of the counsel for the Plaintiff and, as such, have personal knowledge of the matters set forth herein.

3. On May 16, 2017, Plaintiff received documents subpoenaed from Kruse, Schumacher & Smejkal.

4. On September 7, 2017, Plaintiff requested Valcor provide a supplemental report on the companies in which Ms. Rasby had an interest from what information Ms. Rasby had acquired through discovery.

5. On September 19, 2017, Plaintiff received the requested supplemental report from Valcor.

I declare under penalty of perjury on this 20th day of September, 2017 that the matters set forth above are true and correct to the best of my information and belief.

                                                                           */s/ Diana J. Vogt*
                                                                           Diana J. Vogt

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of September, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system of the United States Federal Courts which will provide a true and correct copy of the filed document to each party registered for electronic service. I certify that I am not aware of any parties who are not registered with the CM/ECF system.

                                                    */s/ Diana J. Vogt*
                                                 Diana J. Vogt