THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH RASBY and DOUGLAS RASBY, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES D. PILLEN, an individual,<br><br>Defendant. | CASE NO: 8:15-cv-226<br><br>INDEX OF EVIDENCE |

Plaintiff Deborah Rasby, by their attorneys Sherrets Bruno & Vogt, LLC, respectfully submits the following Index of Evidence in Support of Plaintiff's Motion to Compel.

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of Diana J Vogt. |
| A | Exhibit A to the Declaration of Diana J. Vogt: March 22, 2016 Letter from Diana J. Vogt to Tim Engler. |
| B | Exhibit B to the Declaration of Diana J. Vogt June 28, 2017 email from Diana J. Vogt to Tim Engler. |
| C | Exhibit C to the Declaration of Diana J. Vogt July 14, 2017 email from Diana J. Vogt to Tim Engler. |

DATED this 20th day of September, 2017.

                                              DEBORAH RASBY and DOUGLAS RASBY
                                              Plaintiffs,

By:    /s/ Diana J. Vogt
        James D. Sherrets, NE #15756
        Diana J. Vogt, NE #19387
        Robert S. Sherrets, NE#24791
        SHERRETS BRUNO & VOGT LLC
        260 Regency Parkway Drive, Suite 200
        Omaha, NE  68114

Tele: (402)390-1112
Fax: (402)390-1163
law@sherrets.com

ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of September I electronically filed the foregoing with the Clerk of Court using the CM/ECF system of the United States Federal Courts which will provide a true and correct copy of the filed document to each party registered for electronic service. I certify that I am not aware of any parties who are not registered with the CM/ECF system.

                                        */s/ Diana J. Vogt*
                                     Diana J. Vogt