THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBORAH RASBY and DOUGLAS RASBY, husband and wife,**   Plaintiff,  vs.  **JAMES D. PILLEN, an individual,**   Defendant. | CASE NO: 8:15-cv-226  **DECLARATION OF DIANA J. VOGT** |

Diana J. Vogt, hereby states and declares as follows:

1. I am an individual over the age of 21 years and suffer from no disability which would preclude my testifying truthfully to all matters set forth herein.

2. I am counsel for the Plaintiff and, as such, have personal knowledge of the matters set forth herein.

3. Since the inception of this litigation I have raised my concerns about Mr. Pillen's full disclosure of documents. I have raised Defendant's inadequate production of documents and answers to discovery multiple times with Defendant's counsel in-person, over the telephone, and through email.

4. On March 22, 2016, I sent a letter to Tim Engler ("Engler"), counsel for the Defendant. In that letter, I raised numerous deficiencies with Defendant's production of documents, stressing that I believed there were many document missing. In addition to these issues, I also made the point that Defendant demanded short discovery deadlines and that many of the discovery disputes would be solved if Defendant would simply cooperate with proper discovery

procedures. A true and correct copy of this letter is attached hereto as Exhibit "A."

5. On June 28, 2017, I sent a series of emails to Engler counsel for the Defendant. In those emails, I expressed my concern that Defendant had not fully complied with discovery and requested that if that was the case to inform me, as I did not want to bother the Court with multiple motions to compel. I informed Engler that there appeared to be a failure to disclose emails, communications, and bills. A true and correct copy of this letter is attached hereto as Exhibit "B."

6. On July 14, 2017, I sent another email to Engler. In that email, I expressed concern that Defendant's production of documents was not complete. A true and correct copy of this letter is attached hereto as Exhibit "C."

7. Multiple times during various depositions in this case I have raised the issue of incomplete disclosure of documents and answers with Defendant's counsel.

8. I declare under penalty of perjury on this 20th day of September, 2017 that the matters set forth above are true and correct to the best of my information and belief.

                                                */s/ Diana J. Vogt*
                                                Diana J. Vogt

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system of the United States Federal Courts which will provide a true and correct copy of the filed document to each party registered for electronic service. I certify that I am not aware of any parties who are not registered with the CM/ECF system.

                                                */s/ Diana J. Vogt*
                                                Diana J. Vogt