**Vogt, Diana**

| | |
|---|---|
| **From:** | Vogt, Diana |
| **Sent:** | Wednesday, June 28, 2017 10:25 AM |
| **To:** | Timothy R. Engler; Sheila A. Bentzen |
| **Cc:** | Law Office; Robert Sherrets; Mark A. Fahleson |
| **Subject:** | RE: Bill Startzer deposition |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

My concern is more communications having to do with internal matters relevant to Mr. Pillen's allegations that Ms. Rasby was for some reason misallocating charges among companies.

Maybe they had in person discussions or maybe she just sent paperwork to him for signature and there would be no communications, but if there are any communications discussing allocations, and/or inter-company billings we would need those. Also, I would expect some kind of communication from Mr. Pillen to Ms. Rasby complaining about things like her car lease prior to our filing suit if in fact that was not a permissible expense.

*Diana J. Vogt, J.D.*
*Sherrets Bruno & Vogt LLC*
*260 Regency Parkway Drive*
*Omaha, NE 68114*
*(402) 390-1112 telephone*
*(402) 390-1163 facsimile*



LCA
LITIGATION COUNSEL OF AMERICA
FELLOW

LAWYERS OF DISTINCTION

This e-mail message is a confidential communication from the law firm of Sherrets Bruno & Vogt, LLC and may be subject to attorney-client privilege. The information contained in this electronic communication, and any attachments thereto, is privileged and confidential and intended solely for use by the addressee(s). Any other use, dissemination, or copying of this electronic communication is strictly prohibited and is a tortious interference with our confidential business relationships. If this was erroneously sent to you, please notify us immediately at (402) 390-1112 and permanently delete the original and any electronic or printed copies of this electronic communication.

**From:** Timothy R. Engler [mailto:TEngler@remboltlawfirm.com]
**Sent:** Wednesday, June 28, 2017 10:22 AM
**To:** Vogt, Diana ; Sheila A. Bentzen

1

**Cc:** Law Office ; Robert Sherrets ; Mark A. Fahleson
**Subject:** RE: Bill Startzer deposition

We are looking at the Humphrey Equipment income statements issue right now. As to the communications issue, I am not sure what you are looking for us to do. Are you looking for confirmation that we have produced all communications involving Rasby's buyout or is it broader than that?

**Timothy R. Engler** · ATTORNEY
tengler@remboltlawfirm.com

**Rembolt | Ludtke**

Rembolt Ludtke LLP
3 Landmark Centre
1128 Lincoln Mall, Suite 300
Lincoln, NE 68508
P 402.475.5100 | F 402.475.5087
www.remboltlawfirm.com


**From:** Vogt, Diana [mailto:dvogt@sherrets.com]
**Sent:** Wednesday, June 28, 2017 10:12 AM
**To:** Timothy R. Engler <TEngler@remboltlawfirm.com>; Sheila A. Bentzen <SBentzen@remboltlawfirm.com>
**Cc:** Law Office <law@sherrets.com>; Robert Sherrets <rsherrets@sherrets.com>; Mark A. Fahleson <MFahleson@remboltlawfirm.com>
**Subject:** RE: Bill Startzer deposition

No, as long as it's mutual. However, have you looked into the income statements/communications issue because if we're going to have to go to the court about one thing I would want to raise everything at once rather than bother her multiple times.


*Diana J. Vogt, J.D.*
*Sherrets Bruno & Vogt LLC*
*260 Regency Parkway Drive*
*Omaha, NE 68114*
*(402) 390-1112 telephone*
*(402) 390-1163 facsimile*



LCA
LITIGATION COUNSEL
OF AMERICA
F E L L O W

LAWYERS OF DISTINCTION

This e-mail message is a confidential communication from the law firm of Sherrets Bruno & Vogt, LLC and may be subject to attorney-client privilege. The information contained in this electronic communication, and any attachments thereto, is privileged and confidential and intended solely for use by the addressee(s). Any other use, dissemination, or copying of this electronic communication is strictly

prohibited and is a tortious interference with our confidential business relationships. If this was erroneously sent to you, please notify us immediately at (402) 390-1112 and permanently delete the original and any electronic or printed copies of this electronic communication.

**From:** Timothy R. Engler [mailto:TEngler@remboltlawfirm.com]
**Sent:** Wednesday, June 28, 2017 9:26 AM
**To:** Vogt, Diana <dvogt@sherrets.com>; Sheila A. Bentzen <SBentzen@remboltlawfirm.com>
**Cc:** Law Office <law@sherrets.com>; Robert Sherrets <rsherrets@sherrets.com>; Mark A. Fahleson <MFahleson@remboltlawfirm.com>
**Subject:** RE: Bill Startzer deposition

During out telephone conversation yesterday I don't believe we finalized any decision on our request for more time on the Daubert motions. If we file a motion for additional time on this limited matter, would you have any objections?

**Timothy R. Engler** · ATTORNEY
tengler@remboltlawfirm.com

# Rembolt | Ludtke

Rembolt Ludtke LLP
3 Landmark Centre
1128 Lincoln Mall, Suite 300
Lincoln, NE 68508
P 402.475.5100 | F 402.475.5087
www.remboltlawfirm.com


**From:** Vogt, Diana [mailto:dvogt@sherrets.com]
**Sent:** Friday, June 16, 2017 9:45 AM
**To:** Timothy R. Engler <TEngler@remboltlawfirm.com>; Sheila A. Bentzen <SBentzen@remboltlawfirm.com>
**Cc:** Law Office <law@sherrets.com>; Robert Sherrets <rsherrets@sherrets.com>; Mark A. Fahleson <MFahleson@remboltlawfirm.com>
**Subject:** RE: Bill Startzer deposition

That works., Although if we go to Columbus we can all have lunch at A & W (which probably means nothing to the young 'uns)


*Diana J. Vogt, J.D.*
*Sherrets Bruno & Vogt LLC*
*260 Regency Parkway Drive*
*Omaha, NE 68114*
*(402) 390-1112 telephone*
*(402) 390-1163 facsimile*



LCA
LITIGATION COUNSEL OF AMERICA
FELLOW

LAWYERS OF DISTINCTION

This e-mail message is a confidential communication from the law firm of Sherrets Bruno & Vogt, LLC and may be subject to attorney-client privilege. The information contained in this electronic communication, and any attachments thereto, is privileged and confidential and intended solely for use by the addressee(s). Any other use, dissemination, or copying of this electronic communication is strictly prohibited and is a tortious interference with our confidential business relationships. If this was erroneously sent to you, please notify us immediately at (402) 390-1112 and permanently delete the original and any electronic or printed copies of this electronic communication.

**From:** Timothy R. Engler [mailto:TEngler@remboltlawfirm.com]
**Sent:** Friday, June 16, 2017 9:35 AM
**To:** Vogt, Diana <dvogt@sherrets.com>; Sheila A. Bentzen <SBentzen@remboltlawfirm.com>
**Cc:** Law Office <law@sherrets.com>; Robert Sherrets <rsherrets@sherrets.com>; Mark A. Fahleson <MFahleson@remboltlawfirm.com>
**Subject:** RE: Bill Startzer deposition

I will check to make sure on our end. Let's set the location for our office.

**Timothy R. Engler** · ATTORNEY
tengler@remboltlawfirm.com

# Rembolt Ludtke

Rembolt Ludtke LLP
3 Landmark Centre
1128 Lincoln Mall, Suite 300
Lincoln, NE 68508
P 402.475.5100 | F 402.475.5087
www.remboltlawfirm.com


**From:** Vogt, Diana [mailto:dvogt@sherrets.com]
**Sent:** Friday, June 16, 2017 9:30 AM
**To:** Timothy R. Engler <TEngler@remboltlawfirm.com>; Sheila A. Bentzen <SBentzen@remboltlawfirm.com>
**Cc:** Law Office <law@sherrets.com>; Robert Sherrets <rsherrets@sherrets.com>
**Subject:** RE: Bill Startzer deposition

Let's set Pillen's for July 20. I'm waiting for input from Bob and Jim regarding order of witnesses – if we set Pillen for July 20 we've got days on either side, depending on their thoughts.

I will be sending out a deposition notice for him and also a 30(b)(6) notice setting that depo for Friday the 21st. If Mr. Pillen is the 'most knowledgeable' person on the matters for 30(b)(6), we can move the time to the 20th.

P.S. to Sheila, how's the baby?


*Diana J. Vogt, J.D.*
*Sherrets Bruno & Vogt LLC*

*260 Regency Parkway Drive*
*Omaha, NE 68114*
*(402) 390-1112 telephone*
*(402) 390-1163 facsimile*



This e-mail message is a confidential communication from the law firm of Sherrets Bruno & Vogt, LLC and may be subject to attorney-client privilege. The information contained in this electronic communication, and any attachments thereto, is privileged and confidential and intended solely for use by the addressee(s). Any other use, dissemination, or copying of this electronic communication is strictly prohibited and is a tortious interference with our confidential business relationships. If this was erroneously sent to you, please notify us immediately at (402) 390-1112 and permanently delete the original and any electronic or printed copies of this electronic communication.

**From:** Timothy R. Engler [mailto:TEngler@remboltlawfirm.com]
**Sent:** Thursday, June 15, 2017 5:46 PM
**To:** Vogt, Diana <dvogt@sherrets.com>
**Cc:** Sheila A. Bentzen <SBentzen@remboltlawfirm.com>; Law Office <law@sherrets.com>; Robert Sherrets <rsherrets@sherrets.com>
**Subject:** RE: Bill Startzer deposition

Please ignore the Deposition notice for Startzer. We will file an amended one.

**Timothy R. Engler** · ATTORNEY
tengler@remboltlawfirm.com

**Rembolt | Ludtke**

Rembolt Ludtke LLP
3 Landmark Centre
1128 Lincoln Mall, Suite 300
Lincoln, NE 68508
P 402.475.5100 | F 402.475.5087
www.remboltlawfirm.com

**From:** Timothy R. Engler
**Sent:** Wednesday, June 14, 2017 11:10 AM
**To:** Vogt, Diana <dvogt@sherrets.com>
**Cc:** Sheila A. Bentzen <SBentzen@remboltlawfirm.com>; Law Office <law@sherrets.com>; Robert Sherrets <rsherrets@sherrets.com>
**Subject:** Re: Bill Startzer deposition

Great. 9:30 works. I will get the reporter. I assume your office for location.

5

Sent from my phone so pardon any mistakes.

Tim Engler
Rembolt Ludtke LLP
3 Landmark Centre
1128 Lincoln Mall, Suite 300
Lincoln, NE 68508
(402)-475-5100
tengler@remboltlawfirm.com

On Jun 14, 2017, at 10:50 AM, Vogt, Diana <dvogt@sherrets.com> wrote:

> I have tentatively set Bill Startzer's deposition for Tuesday the 24th. That date works for him. 9:00 or 9:30 a.m.?
>
> *Diana J. Vogt, J.D.*
> *Sherrets Bruno & Vogt LLC*
> *260 Regency Parkway Drive*
> *Omaha, NE 68114*
> *(402) 390-1112 telephone*
> *(402) 390-1163 facsimile*
>
> This e-mail message is a confidential communication from the law firm of Sherrets Bruno & Vogt, LLC and may be subject to attorney-client privilege. The information contained in this electronic communication, and any attachments thereto, is privileged and confidential and intended solely for use by the addressee(s). Any other use, dissemination, or copying of this electronic communication is strictly prohibited and is a tortious interference with our confidential business relationships. If this was erroneously sent to you, please notify us immediately at (402) 390-1112 and permanently delete the original and any electronic or printed copies of this electronic communication.

Click here to report this email as spam.

---

**Total Control Panel**                                            Login

To: dvogt@sherrets.com         Remove this sender from my allow list
From: tengler@remboltlawfirm.com

*You received this message because the sender is on your allow list.*