## Vogt, Diana

| | |
|---|---|
| **From:** | Vogt, Diana |
| **Sent:** | Friday, July 14, 2017 11:39 AM |
| **To:** | Timothy R. Engler |
| **Cc:** | Law Office; Robert Sherrets |
| **Subject:** | RE: Depositions |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Tim, I am reviewing documents preparing for the depositions. We produced some emails that were provided to us by Deb that contain discussions between Deb and Mr. Pillen and others regarding allocations to various entities.

Some of them go back to 2006. I have no doubt that you have provided me with everything you have available.

However, after reviewing the limited correspondence I have and terms of the management agreements, it appears that allocation of costs and expenses was an ongoing issue. I find it very troubling that Mr. Pillen says that there are no communications regarding allocation of costs.

*Diana J. Vogt, J.D.*
*Sherrets Bruno & Vogt LLC*
*260 Regency Parkway Drive*
*Omaha, NE 68114*
*(402) 390-1112 telephone*
*(402) 390-1163 facsimile*




This e-mail message is a confidential communication from the law firm of Sherrets Bruno & Vogt, LLC and may be subject to attorney-client privilege. The information contained in this electronic communication, and any attachments thereto, is privileged and confidential and intended solely for use by the addressee(s). Any other use, dissemination, or copying of this electronic communication is strictly prohibited and is a tortious interference with our confidential business relationships. If this was erroneously sent to you, please notify us immediately at (402) 390-1112 and permanently delete the original and any electronic or printed copies of this electronic communication.

**From:** Timothy R. Engler [mailto:TEngler@remboltlawfirm.com]
**Sent:** Thursday, July 13, 2017 7:12 PM

1

**To:** Vogt, Diana <dvogt@sherrets.com>
**Subject:** Re: Depositions

I was out today. I am meeting with Pillen and Cara tomorrow and will have a better answer for you on both questions.

Tim Engler
Rembolt Ludtke LLP
3 Landmark Centre
1128 Lincoln Mall, Suite 300
Lincoln, NE 68508
(402)-475-5100
tengler@remboltlawfirm.com


On Jul 13, 2017, at 2:06 PM, Vogt, Diana <dvogt@sherrets.com> wrote:

> <image001.gif>
> Two quick things:
>
> 1. Are you designating Cara on some of the 30(b)(6) matters and Jim on some or just both generally on all of them?
>
> 2. We are going to need to depose Steve Weiss. Do you think he will do it by agreement, or should I just issue a subpoena and then we can negotiate time and place. He is in Mason City, Iowa.
>
>
> Diana J. Vogt, J.D.
> Sherrets Bruno & Vogt LLC
> 260 Regency Parkway Drive
> Omaha, NE 68114
> (402) 390-1112  telephone
> (402) 390-1163  facsimile
>
> <image002.png>      <image003.jpg>
>
>
> This e-mail message is a confidential communication from the law firm of Sherrets Bruno & Vogt, LLC and may be subject to attorney-client privilege. The information contained in this electronic communication, and any attachments thereto, is privileged and confidential and intended solely for use by the addressee(s). Any other use, dissemination, or copying of this electronic communication is strictly prohibited and is a tortious interference with our confidential business relationships. If this was erroneously sent to you, please notify us immediately at (402) 390-1112 and permanently delete the original and any electronic or printed copies of this electronic communication.