# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-3185

Deborah Rasby

Appellant

Douglas Rasby

v.

James D. Pillen

Appellee

___

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:15-cv-00226-JFB)

___

## MANDATE

In accordance with the opinion and judgment of 09/28/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 22, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit